Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box, 12308 Capitol Station
Austin, Texas 78211

Dear Mr. Acosta,

I would like to know
if anything has been filed in regards
to P.D.-1087-14 Could you please allow me
this information there for I can move forward
in my case thank you

Yours Truly
Mr. ~~~~

IKE A. Brodnex
01771584 L-113-T
1313 County Road 19
Lemira, Texas 79381

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 15 2015

Abel Acosta, Clerk